**Order entered December 10, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01047-CV

### ROBERT H. HOLMES, SR., Appellant

### V.

### GRAHAM MORTGAGE CORPORATION, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05579-H**

## ORDER

We **GRANT** appellant's November 27, 2013 second motion for extension of time to file appellate brief and **ORDER** appellant to file his brief no later than January 9, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE